852 A.2d 187

JOHN F. GALTIERI, PLAINTIFF–PETITIONER, v. JEANNE M. GALTIERI, DEFENDANT–RESPONDENT.

May 21, 2004.

Denied.